David A. TURNER, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 86382.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 14, 2006.

David A. Turner, Bonne Terre, MO., Attorney Acting pro se.

Shaun J. Mackelprang, Attorney, Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and BOOKER T. SHAW, J.

## *ORDER*

PER CURIAM.

Movant, David A. Turner, appeals from the judgment denying his motion to reopen

**810**

his post-conviction proceeding. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed. Rule 84.16(b).